No. 80. MONTANA POWER CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *E. Roy Gilpin* and *Harry A. Poth, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Sheldon I. Fink* for the United States.

No. 125. PLEASANT *v.* CLEVELAND BAR ASSOCIATION. Motion for leave to file brief of Cuyahoga County Bar Association, as *amicus curiae,* denied. Petition for writ of certiorari to the Supreme Court of Ohio denied. *William J. Corrigan* for petitioner. *S. Burns Weston* for respondent.

No. 219. UNITED STATES *v.* BREWSTER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States. *Jerry N. Griffin, John K. Pickens* and *Donald S. Dawson* for respondents.

No. 250. BAUER-SMITH DREDGING CO., INC., *v.* TULLY ET AL. Motion for leave to file brief of National Association of River and Harbor Contractors, as *amicus curiae,* denied. Petition for writ of certiorari to the Court of Civil Appeals of Texas, Ninth Supreme Judicial District, denied. *T. G. Schirmeyer* for petitioner. *Ewell Strong* and *Geo. A. Weller* for respondents.